# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00302-CR

**William Roy Bird, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
### NO. 2C08-09000, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant has filed an amended motion to dismiss his appeal. The motion is signed by appellant and complies with rule 42.2. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: December 15, 2010

Do Not Publish